**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000667
11-APR-2024
08:13 AM
Dkt. 26 ODSD**

NO. CAAP-23-0000667

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HALINA RUTHANN VAUGHAN, Plaintiff-Appellee, v.
HEATH JONATHAN VAUGHAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDV-23-0000103)

ORDER DISMISSING APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 16, 2024, and February 13, 2024, respectively;

(2) Self-represented Defendant-Appellant Heath Jonathan Vaughan (Appellant) failed to file either document, or request an extension of time;

(3) On March 4, 2024, the appellate clerk entered a default notice informing Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 14, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure

Rules 12.1(e) and 30, and Appellant could request relief from default by motion; and

(4) Appellant has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, April 11, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge